**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **YOUNG AGAIN PRODUCTS, INC.** : | |
| Plaintiff : | |
| vs. : | Civil No: BEL 07-CV-2073 |
| **VITAMINS HOME, et al.** : | |
| Defendants. : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DOMAINS BY PROXY**

Plaintiff, Young Again Products, Inc., by and through counsel and with consent of Domains By Proxy, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby notices the dismissal, without prejudice, of the claims against Domains By Proxy only, with each party to bear its own costs. Young Again Products, Inc.'s claims against Vitamins Home in this action are unaffected by the Notice of Dismissal and remain in full force.

Respectfully submitted,

FREEMAN & FREEMAN, P.C.

By:  /s/ Mark A. Freeman /s/
Mark A. Freeman, Federal Bar Number 013635
Thomas R. Freeman, Federal Bar Number 015269
100 Park Avenue, Suite 250
Rockville, Maryland  20850
(301) 315-0200
Attorneys for Plaintiff Young Again Products, Inc.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the foregoing Notice of Dismissal Without Prejudice of Domains By Proxy was emailed and mailed via first class mail, postage prepaid, this 27th day of February, 2009 to:

Kelly Lewis, Esquire
Deputy General Counsel
Domains By Proxy, Inc.
14455 N. Hayden Road #219
Scottsdale, Arizona 85260

                                           <u>Mark A. Freeman</u>
                                           Mark A. Freeman